STATE v. CARVER

No. 518P02

Case below: 146 N.C. App. 447

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 21 November 2002.

STATE v. COLT

No. 547P02

Case below: 153 N.C. App. 324

Motion by defendant for temporary stay denied 31 October 2002.

STATE v. GANT

No. 536P02

Case below: 153 N.C. App. 136

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

STATE v. GREEN

No. 529P02

Case below: 152 N.C. App. 719

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 21 November 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

STATE v. JOHNSON

No. 70P02

Case below: 148 N.C. App. 217

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.